FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 13 2025

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| v.   CASE NO. 4:25CV 131-BRW | |
| 36 FIREARMS, 1 UNREGISTERED NATIONAL FIREARMS ACT WEAPON and $8,301 in U.S. Currency SEIZED FROM THE POSSESSION OF BRIAN FULTS ON JANUARY 12, 2024 | DEFENDANTS |

## VERIFIED COMPLAINT *IN REM*

The United States of America, by Jonathan D. Ross, the United States Attorney for the Eastern District of Arkansas, and Assistant U.S. Attorney Amanda Jegley, for its verified complaint *in rem* against the above-described defendant property, states:

### NATURE OF THE ACTION

1. This is an *action* to forfeit all right, title and interest in the following property to the United States: 36 firearms and one unregistered National Firearms Act ("NFA") weapon, which are more particularly described in Exhibit 1 (collectively "the Defendant Firearms"), and $8,301 in U.S. Currency ("U.S. Currency") recovered from the residence of Brian Fults at 3511 McDonald Road in Little Rock, Arkansas, on January 12, 2024.

2. This action is governed by Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

### JURISDICTION AND VENUE

3. This Court has subject-matter jurisdiction over this action under Title 28, United States Code, Sections 1345 and 1355(a).

4. This Court has *in rem* personal jurisdiction over the Defendant Firearms under Title 28, United States Code, Section 1355(b).

This case assigned to District Judge Wilson
and to Magistrate Judge Moore

5. Venue is proper in the Eastern District of Arkansas under Title 28, United States Code, Sections 1355(b)(1) and 1395 because the offense(s) giving rise to the forfeiture occurred in this District.

## LOCATION OF PROPERTY

6. The Defendant Firearms and U.S. Currency are located at The Bureau of Alcohol, Tobacco, Firearms and Explosives' ("ATF") Field Office in Little Rock, Arkansas, in the Eastern District of Arkansas.

## BASIS FOR FORFEITURE

7. The Defendant Firearms and U.S. Currency were involved in or used in federal criminal violations, including dealing firearms without a license, violation of Title 18, United States Code, Section 922(a)(1)(A), and, therefore, are subject to forfeiture under Title 18, United States Code, Section 924(d). The unregistered NFA weapon was involved in a violation of Title 26, United States Code, Section 5861(d) and, therefore subject to forfeiture under Title 26, United States Code, Section 5872 and Title 28, United States Code, Section 2461.

## FACTS

**A. Background**

8. On or about December 27, 2023, Special Agents with the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") received information that, on July 15, 2023, law enforcement from the Watsonville, California Police Department conducted a traffic stop on a vehicle for failing to stop at a stop sign.

9. During the traffic stop, a search of the vehicle was conducted and officers located three (3) firearms and 1.9 grams of presumptive positive cocaine, as well as $1,700 in cash.

10.     At the time of the traffic stop, the driver, a documented Norteno gang member ("W-1), was known to be prohibited from possessing firearms because he was a convicted felon and was also on federal supervised release following a federal conviction.

11.     Of the three (3) firearms recovered during the July 15, 2023 traffic stop, one (1) of them was described as a Glock model 21Gen4, .45 caliber pistol, serial number UWR994.

12.     Watsonville Police Department initiated a trace on the firearm through the ATF.

13.     When a firearm is recovered by a law enforcement agency, both inside the United States as well as Canada and Mexico, a trace request may be submitted to ATF's National Tracing Center ("NTC") by the recovering and/or related investigative agency.

14.     In conducting a trace, NTC attempts to identify the original retail purchaser of a firearm after the firearm leaves a manufacturer.

15.     NTC utilizes information obtained from federal firearms licensees ("FFLs") who are licensed by ATF to engage in various aspects of firearm-related commerce.

16.     The firearm trace revealed that the time between the original purchase of the firearm and its recovery on July 15, 2023, had a 43-day time-to-crime (TTC).  The firearm was originally purchased from a Federal firearms licensee (FFL) in Benton, Arkansas, on or about June 2, 2023, by an Arkansas resident.

**B. The California Search Warrant**

17.     On or about October 30, 2023, W-1 was arrested for an outstanding federal probation revocation warrant related to a separate case.  At the time of his arrest, W-1 was in possession of an iPhone.

18.     On November 9, 2023, a search warrant was executed at W-1's residence. An AR-style pistol, described as a F&D Defense, LLC., model FD15, 7.62 caliber pistol, serial number

03715, was located inside of a vehicle that was parked in the driveway to W-1's residence. The recovered AR-style pistol had a distinctive appearance because the buffer tube that protruded from the rear of the firearm appeared to have been painted olive drab green.

19. Officers located the remains of a United States Postal Service Priority Mail shipping box at the residence in a trash can in the driveway area. Based on what was visible of the box's exterior shipping labels, the box showed a partially obscured/removed street return address in Little Rock, Arkansas. The package originated from zip code 72209 and was shipped to an apparently unnamed recipient in Watsonville, California with a tracking number of USPS tracking number 9505 5136 3638 3310 5824 95.

20. On November 9, 2023, W-1 was arrested for a firearm offense committed while he was on both state and federal probation/supervised release.

21. During the time of his arrest, W-1 was in possession of a second iPhone.

22. Officers obtained search warrants for the two (2) iPhones seized from W-1 on arrest dates October 30, 2023, and November 9, 2023, which were searched on December 6, 2023. During the searches of W-1's cellphones, numerous text messages were found, indicating W-1 was engaged in the illegal purchase and sale of firearms, including several text messages containing photographs and descriptions of firearms that were sent to him with prices.

23. During a review W-1's first cellphone, officers learned W-1 was purchasing firearms from a subject utilizing an Arkansas telephone number ((501) 831-0539).

24. ATF later learned that the Arkansas telephone number ((501) 831-0539) returned to Brian Fults.

25. Between October 3, 2023, and October 30, 2023, Fults, utilizing telephone number (501) 831-0539, had offered 17 firearms for sale to W-1.

26. Agents with ATF examined the text messages sent by Fults at (501) 831-0539 on October 7, 2023, and noted that Fults referenced "shows open for 30 more min" in the text, which was sent on a Saturday at 2:36 PM (Pacific time), which is 4:36 PM Central. Based on the content of the conversation, it appeared that the person sending the text (Fults) was attending a gun show, likely in Arkansas.

27. ATF subsequently determined that a Kerry Murphy Productions sponsored gun show was held on the weekend of October 7-8, 2023, in Bryant, Arkansas. The gun show's Saturday hours are typically 9:00 AM to 5:00 PM. Based upon the content of text messages recovered from both W-1 and Fults' phones and the corresponding dates of the gun shows, it appeared Fults was at this gun show and was shopping for firearms on behalf of W-1.

28. During the search warrant execution at W-1's residence on November 9, 2023, officers recovered a firearm consistent with the AR-style pistol referenced in Paragraph 18 depicted in the text messages sent by Fults.

29. Based on the text messages and the appearance of the AR-style pistol, it appears that W-1 likely purchased the 7.62 caliber AR-style pistol from Fults subsequent to the texted photograph of the firearm on October 29, 2023 (less than two (2) weeks earlier).

30. It further appears the firearm was shipped to W-1 from Little Rock inside the located USPS priority mail shipping box with USPS tracking number 9505 5136 3638 3310 5824 95 located at the residence.

31. On January 3, 2024, ATF made contact with agents with United States Postal Inspection Service, who accessed the tracking information for the package and advised the package had been delivered on November 8, 2023, which was the day before the execution of search warrant at W-1's residence.

32. W-1's Cashapp history was examined by Watsonville Police Department and it showed that W-1 sent $1,000 to a user with a name of "Brian" and a username of "$bearfults" on October 23, 2023, at 6:14 PM.

33. W-1's Cashapp history showed W-1 had sent username $bearfults a total of $10,240 between June 2023 and October 2023 and that W-1 had sent an additional $2,000.00 to Brian FULTS on September 8, 2023.

34. Watsonville Police Department searched W-1's phone and discovered texts to an Arkansas number (501) 454-5504, between approximately September 10, 2023, and October 23, 2023.

35. Law enforcement databases indicated the cellphone number (501) 454-5504 was registered to Brian Fults and associated with another individual, A.W.

36. Between September 2023 and October 2023, using (501) 454-5504, Brian Fults advertised an additional 5 firearms for sale to W-1.

37. W-1 asked the user of (501) 454-5504 if his cash app was $bearfults. The user of (501) 454-5504 responded "yes sir".

38. Watsonville Police Department conducted a record check through dispatch and learned Brian Michael Fults had a listed address on his Arkansas driver's license in Hensley, Arkansas. Watsonville Police Department then obtained Brian Fults's DMV photo.

39. Officers then researched Brian Fults's public Facebook page located under vanity name "Ak Brian," and learned he was married to M.F.. Officers searched M.F.'s public Facebook page and learned she claimed to be the owner of Stable Horizons Interventional Services. The Stable Horizons public Facebook page listed a cellphone number of (501) 454-5504. Officers then

located a flyer for the company saying to contact Brian Fults at (501) 454-5504 for more information regarding a summer camp.

40. Officers learned that Stable Horizons Interventional Services had a listed address of 3511 McDonald Rd. in Little Rock, Arkansas.

41. Fults sent W-1 a text message on October 5, 2023, that read "That barrel horse is at 3511 McDonald Rd. Little Rock, AR 72206".

### C. Intelligence Gathered in Arkansas

42. On December 27, 2023, ATF received information from a cooperating source (CS1) concerning Brian Fults's gun show activity. CS1 is a Federal firearms licensee (FFL) who sells firearms at gun shows in Arkansas as an ATF licensed dealer.

43. CS1 informed ATF that Fults has been selling firearms as a "private seller" (without a Federal Firearms License) at gun shows in Arkansas for approximately five (5) years, and he knows Fults to drive a "jacked up" dark colored pickup truck.

44. CS1 stated Fults frequently attends gun shows, to include those hosted by Kerry Murphy Productions doing business as Murphy's Gun & Knife Show.

45. CS1 stated that on Wednesday, December 27, 2023, CS1 texted Fults at his stored contact number - known to CS1 to be (501) 454-5504.

46. CS1 advised that Fults stated he would be attending the gun show in Little Rock on the weekend of December 30-31, 2023.

47. CS1 indicated that Fults has an affinity for AK-style firearms, which is consistent with his apparent public Facebook vanity name of "Ak Brian", identified by law enforcement.

**D. Undercover Purchases**

48.     On December 30, 2023, an ATF Special Agent acting in an undercover capacity (UC) purchased a Glock Model 43, 9mm pistol from Fults for $520 at a gun show at the Arkansas State Fairgrounds located in Little Rock, Arkansas.

49.     When the UC arrived at the gun show, the UC observed Fults at a vendor table. The UC began looking at the firearms Fults had laying on the table for sale. The UC then looked in a box that contained holsters and loose ammunition magazines for various firearms. When asked if the items were for sale, Fults stated, "Range anywhere from 10 dollars to 30 dollars."

50.     The UC asked Fults about a magazine for an AK-47 type firearm. The UC asked Fults if the magazine held ten rounds and Fults agreed. The UC then asked Fults if he had any guns that the magazine would fit in and FULTS stated, "No, sure don't. I keep all that." The UC then asked if it would fit in a Draco. FULTS stated, "Yeah, it'll fit a Draco any AK standard AK."

51.     Another customer arrived at the table and began to converse with Fults. Fults stated to the man, "Everything is private sale, man." Fults then took a pistol from the man and asked, "You trying to do a trade or something? Two hundred bucks." Fults then handed the pistol back to the man.

52.     At approximately 1036 hours, two men arrived at Fults's table. Fults stated, "You know me, everything's private sale." The UC observed one man pick up a rifle with a scope then place it back onto the table. The two men then walked away from Fults' table. At that time, a young man told Fults that another man had an AK for sale. Fults asked, "What's he want for it? What is it?" The man then went and got another man to come over to the table with the AK style firearm. The firearm appeared to have the stock removed. Fults took the firearm and examined it. Fults offered to trade a Tec-9 for the AK. The man who brought the AK said, "We got hit with a

tec-9, we don't want those." Fults continued to negotiate a trade with the man, but no deal was made and Fults told him he would have more before the show ended.

53. While Fults continued to negotiate with the other men, the UC picked up a Glock 43 from Fults's table. Fults stated to the UC, "550 on that." The UC repeated 550 to Fults who then said, "Yeah, no paper no tax." Fults then asked the UC, "Wanna do it?" The UC asked if there were any more magazines that go with the firearm and Fults said, "It does not, that's how I got it, yeah." The UC then negotiated with Fults to sell the Glock 43 for $525. The UC provided Fults six one-hundred-dollar bills and he attempted to make $75 dollars in change but had no fives so he gave $80 change making the purchase price $520 for the Glock 43 pistol.

54. After the deal was completed and the UC was unsuccessful in locating an extra magazine the video recorder powered down. The UC left the vendor table and secured the Glock 43, 9mm pistol bearing serial number ZMZ115. The box that the Glock 43 was placed in by Fults was not the original box for the pistol.

### E. The Search Warrant at Fults's Residence

55. Based on the information obtained during the investigation, the United States District Court for the Eastern District of Arkansas issued a search warrant for Fults' residence at 3511 McDonald Rd. in Little Rock, Arkansas on January 11, 2024, for evidence of criminal violations committed by Fults, specifically, dealing firearms without a license, in violation of Title 18, United States Code, Section 922(a)(1)(A), illegal firearms trafficking, in violation of Title 18, United States Code, Section 933, and conspiracy, in violation of Title 18, United States Code, Section 371.

56. On January 12, 2024, agents with ATF executed a search warrant at Fults's residence.

57. During the execution of the federal search warrant, authorities uncovered the Defendant Firearms and U.S. Currency.

58. A notebook found in the same room as the majority of the Defendant Firearms contained a handwritten list of various gun descriptions with apparent prices totaling approximately $8,250.00.

59. ATF interviewed Fults post-Miranda and he admitted to selling firearms to several individuals, including a woman ("Subject"). Fults estimated that, over the past two to three years, he sold 200 to 300 firearms to Subject and her associates.

60. ATF learned that Fults does not possess a Federal Firearms License to engage in the business of dealing firearms.

61. ATF also learned that Fults does not have any firearms registered to him in the National Firearms Registration and Transfer Record ("NFRTR"), which is the central registry for all items regulated under the NFA.

**F. Historical Gun Show Activity**

62. On January 3, 2021, Fults was listed as a theft victim in Little Rock Police Department incident number 2021-000601, which occurred at 2600 Howard Street at the Arkansas State Fairgrounds. Fults was one of multiple victims who reported firearms stolen from his vendor table overnight from a gun show being held at that location over the weekend. Fults reported a variety of firearms and accessories had been stolen from his vendor table.

63. In a second incident, on September 24, 2022, Fults is listed as a theft victim in LRPD incident 2022-114257, which also occurred at 2600 Howard Street during a gun show. Fults reported that a firearm had been stolen off of his vendor table during the gun show at that location.

64.     The investigation uncovered numerous instances in which Fults was involved in the sale of weapons, leading investigators to conclude that he was engaged in the business of dealing firearms.

65.     The Defendant Firearms and U.S. Currency are subject to forfeiture to the United States under Title 18, United States Code, Section 924(d)(1), because they were involved in violations of Title 18, United States Code, Section 922(a)(1)(A). The unregistered NFA weapon was involved in a violation of Title 26, United States Code, Section 5861(d) and, therefore subject to forfeiture under Title 26, United States Code, Section 5872 and Title 28, United States Code, Section 2461.

WHEREFORE, plaintiff, the United States, prays that the Court issue an arrest warrant *in rem* as provided by Supplemental Rule G(3)(b), which the United States will execute on the Defendant Firearms and U.S. Currency as provided by Title 28, United States Code, Section 1355(d) and Supplemental Rule G(3)(c); order the Defendant Firearms and U.S. Currency forfeited to the United States to be held as evidence until all related legal proceedings are concluded; and award all other proper relief.

JONATHAN D. ROSS
United States Attorney

By: /s/ Amanda Jegley
AMANDA JEGLEY (2010045)
Assistant U. S. Attorney
P. O. Box 1229
Little Rock, Arkansas 72203
(501) 340-2600
Amanda.Jegley@usdoj.gov

## VERIFICATION

I, Shannon Hicks, verify and declare under penalty of perjury that (1) I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives; (2) I have read this verified complaint *in rem* and know its contents; and (3) the matters contained in this verified complaint *in rem* are true to my own knowledge and belief.

The sources of my knowledge and information and the grounds of my belief are (1) my participation in this investigation, (2) information learned from oral and written reports prepared by other law enforcement officers, and (3) review of physical evidence.

I hereby verify and declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and research.

Dated: February 13, 2025.

_____
Shannon Hicks, Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

# EXHIBIT 1
## (DESCRIPTION OF DEFENDANT FIREARMS)

| ASSET NUMBER | DEFENDANT NUMBER | DESCRIPTION |
|---|---|---|
| 24-04021 | 1 | HENRY REPEATING RIFLE COMPANY model H006MR, .357 caliber RIFLE, serial number: BBR006379M |
| 24-04021 | 2 | Izhmash model Saiga, 5.45 caliber RIFLE, serial number: H09883486 |
| 24-04021 | 3 | REMINGTON ARMS COMPANY, INC., model 870 EXPRESS MAGNUM, 12 gauge caliber SHOTGUN, serial number: B700583M |
| 24-04021 | 4 | NORINCO (NORTH CHINA INDUSTRIES) model MAK90, 7.62 caliber RIFLE; serial number 6268 |
| 24-04021 | 5 | ROMARM/CUGIR model SSG97, 7.62 caliber RIFLE, serial number: 97C-0082-03 |
| 24-04021 | 6 | RUGER model AR-556 MPR, 5.56 caliber RIFLE, serial number: 855-22772 |
| 24-04021 | 7 | CZECH SMALL ARMS model SA VZ61, 9mm caliber PISTOL, serial number: 69M00452 |
| 24-04021 | 8 | FEG model SA2000M, 7.62 caliber RIFLE, serial number: EE0465H |
| 24-04021 | 9 | GLOCK INC., model 42, .380 caliber PISTOL, serial number: ACUS212 |
| 24-04021 | 10 | CENTRAL ARMS CO (unknown model), 16 gauge caliber shotgun, no serial number |
| 24-04021 | 11 | NORINCO (NORTH CHINA INDUSTRIES) model: 54-1, 7.62 caliber PISTOL, serial number: 37003122 |
| 24-04021 | 12 | HERITAGE MFG. INC. model: ROUGH RIDER, .22 caliber revolver, serial number 3HR126556 |
| 24-04021 | 13 | ANCIENS ESTABLISHMENTS PIEPER model 1908; 9mm caliber PISTOL, serial number: 161094 |
| 24-04021 | 14 | ARSENAL CO. BULGARIA model: MAKAROV, 9mm caliber PISTOL, serial number: BAM09270 |
| 24-04021 | 15 | IZHMASH (IMEZ) model IJ70; 9mm caliber PISTOL, serial number: BB879 |
| 24-04021 | 16 | LUCZNIK, FABRYKA BRONI (Z. M. LUCZNIK) model P64; 9mm caliber PISTOL, serial number: ZGO9962 |
| 24-04021 | 17 | GERMANY model: MAKAROV, 9mm caliber PISTOL, serial number: EX1033 |
| 24-04021 | 18 | SUN CITY MACHINERY CO., LTD, model: STEVENS 320, 12 gauge caliber SHOTGUN, serial number: 206503E |
| 24-04021 | 19 | HIGH STANDARD model: 200, 12 gauge caliber SHOTGUN; with obliterated serial number |
| 24-04021 | 20 | GLOCK INC., model 23; 40 caliber PISTOL, serial number: BSRG730 |
| 24-04021 | 21 | CHILDERS GUNS, LLC, model: CGY; 7.62 caiber RIFLE, serial number: K01780 |

**EXHIBIT 1**
**(DESCRIPTION OF DEFENDANT FIREARMS)**

| | | |
|---|---|---|
| 24-04021 | 22 | CZ (CESKA ZBROJOVKA) model SCORPION EVO 3 S1, 9mm caliber RIFLE, serial number: C711524 |
| 24-04021 | 23 | GLOCK INC. model 17CGEN4, 9mm caliber PISTOL, serial number: ACPA366 |
| 24-04021 | 24 | ROSSI model M68; .38 caliber REVOLVER, serial number: AA268835 |
| 24-04021 | 25 | CZ (CESKA ZBROJOVKA) model SCORPION EVO 3 S1, 9mm caliber RIFLE, serial number: D005560 |
| 24-04021 | 26 | SIG SAUER (SIG-ARMS) model P938, 9mm caliber PISTOL, serial number: 52B120400 |
| 24-04021 | 27 | IZHMASH (IMEZ) model IJ70-18AH, 9mm caliber PISTOL, serial number: RM001277 |
| 24-04021 | 28 | GLOCK INC. model: 43X, 9mm caliber PISTOL, serial number: BWCE517 |
| 24-04021 | 29 | BERETTA, PIETRO S.P.A model 84F, .380 caliber PISTOL, serial number: D80096Y |
| 24-04021 | 30 | MAUSER model HSC, .380 caliber PISTOL, serial number: 013664 |
| 24-04021 | 31 | RUGER model BEARCAT, .22 caliber REVOLVER, serial number: 113328 |
| 24-04021 | 32 | ANDERSON MANUFACTURING model AM-15, multi-caliber RIFLE, serial number: 17190663 |
| 24-04021 | 33 | Unknown Manufacturer model Mak 90; 7.62 caliber RIFLE, serial number: 37357 |
| 24-04021 | 34 | Unknown Manufacturer, unknown model, .22 caliber DERRINGER, serial number E231281 |
| 24-04021 | 35 | MOSSBERG model 500A, 12 gauge caliber SHOTGUN, serial number: P605778 |
| 24-04021 | 36 | MAGNUM RESEARCH, INC., model MICRO DESERT EAGLE, .380 caliber PISTOL, serial number: ME10758 |
| 24-04021 | 37 | Firearm Silencer with no manufacturer markings or serial number (stored as ATF item #32 - recovered attached to ATF item #31 at the time of recovery) |